Decided September 14, 1994

## STATE OF CONNECTICUT *v.* OMAR LOPEZ

The state of Connecticut's petition for certification for appeal from the Appellate Court, 34 Conn. App. 717 (AC 11458), is granted. It is further ordered that the matter be remanded to the Appellate Court for reconsideration in light of this court's decision in *State* v. *Patterson,* 230 Conn. 385.

*Jack W. Fischer,* assistant state's attorney, in support of the petition.

*Neal Cone,* assistant public defender, in opposition.

Decided September 14, 1994

## GUS PELARINOS *v.* GENEVIEVE HENDERSON ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 34 Conn. App. 726 (AC 12218), is denied.

*Eliot B. Gersten, Andrea A. Hewitt* and *Wendy J. Davies,* in support of the petition.

*William F. Gallagher,* in opposition.